■ TOWN OF CORTLANDT et al., Plaintiffs, and RICHARD F. PURCELL et al., Plaintiffs-Intervenors-Respondents, v. DANIEL F. GAGLIARDI et al., as Trustees of Local 137 Operating Engineers Apprenticeship, Skill Improvement and Safety Fund, Appellants. In the Matter of RICHARD F. PURCELL et al., Respondents, v. JOHN F. CONDON et al., Constituting the Zoning Board of Appeals of the Town of Cortlandt, Respondents, and DANIEL F. GAGLIARDI et al., as Trustees of Local 137 Operating Engineers Apprenticeship, Skill Improvement and Safety Fund, Appellants. In the Matter of WILLIAM E. HALPERN et al., Respondents, v. JOHN F. CONDON et al., Constituting the Zoning Board

of Appeals of the Town of Cortlandt, Respondents, and DANIEL F. GAGLIARDI et al., as Trustees of Local 137 Operating Engineers Apprenticeship, Skill Improvement and Safety Fund, Appellants.— (1) Order of the Supreme Court, Westchester County, dated June 18, 1974 and made in the first above-entitled matter, (2) two judgments of the same court, both dated June 18, 1974, made respectively in the two other above-entitled matters, and (3) a further order of the same court dated July 2, 1974 and made as to all these three matters and a fourth matter, affirmed on the two opinions of Mr. Justice Beisheim at Special Term, dated May 20, 1974 and June 18, 1974, respectively, with costs. Shapiro, Acting P. J., Cohalan, Christ and Brennan, JJ., concur; Benjamin, J., concurs in the result.